DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## NOTICE TO EOIR: ALIEN ADDRESS

Event No: XMK2509000005

Date: September 5, 2025
To: Enter Name of BIA or Immigration Court I-830 **CHICAGO DETAINED**
Enter BIA or Immigration Court Three Letter Code@usdoj.gov **CHD**
From: Enter Name of ICE Office **ERO - Milwaukee, WI Sub-Office**
Enter Street Address of ICE Office **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT ERO - Milwaukee, WI Sub-Office 310 EAST KNAPP STREET**
Enter City, State and Zip Code of ICE Office **MILWAUKEE, WI 53202**
Respondent: Enter Respondent's Name **RAMIREZ-VALVERDE, MAYNOR**
Alien File No: Enter Respondent's Alien Number **246 130 852**

This is to notify you that this respondent is:

☐ Currently incarcerated by federal, state or local authorities. A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by the ICE (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

Enter Name of Institution where Respondent is being detained

Enter Street Address of Institution where Respondent is being detained

Enter City, State and Zip code of Institution where Respondent is being detained

**Enter Respondent's Inmate Number**

His/her anticipated release date is Enter Respondent's Anticipated Release Date.

☒ Detained by ICE on Enter Date Respondent was Detained by ICE at: **September 5, 2025**
Enter Name of ICE Detention Facility where Respondent is being detained **DODGE CO. JAIL**
Enter Street Address of ICE Detention Facility where Respondent is being detained **216 W. CENTER ST.**
Enter City, State and Zip Code of ICE Detention Facility where Respondent is being detained **JUNEAU, WI 53039**

☐ Detained by ICE and transferred on Enter Date Respondent was transferred to:
Enter Name of ICE Detention Facility where Respondent has been transferred

Enter Street Address of ICE Detention Facility where Respondent has been transferred

Enter City, State and Zip Code of ICE Detention Facility where Respondent has been transferred

☐ Released from ICE custody on the following condition(s):
  ☐ Order of Supervision or Own Recognizance (Form I-220A)
  ☐ Bond in the amount of Enter Dollar Amount of Respondent's Bond
  ☐ Removed, Deported, or Excluded
  ☐ Other

Upon release from ICE custody, the respondent reported his/her address and telephone number would be:
Enter Respondent's Street Address

Enter Respondent's City, State and Zip Code

Enter Respondent's Telephone Number (including area code)

☐ I hereby certify that the respondent was provided an EOIR-33 Form and notified that they must inform the Immigration Court of any further change of address.

ICE Official: Enter Your First, Last Name and Title

ICE Form I-830E (9/09)

**U.S. DEPARTMENT OF HOMELAND SECURITY**     Warrant for Arrest of Alien

File No. __246 130 852__

Date: __09/05/2025__

**To:   Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that __RAMIREZ-VALVERDE, MAYNOR__ is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☒ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

__NATHAN A CRAVATTA__   Digitally signed by NATHAN A CRAVATTA
Date: 2025.09.05 10:29:45 -05'00'
(Signature of Authorized Immigration Officer)

__NATHAN CRAVATTA - SPECIAL AGENT__
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at __ERO MILWAUKEE__
(Location)

on __RAMIREZ-VALVERDE, MAYNOR__ on __September 5, 2025__, and the contents of this
(Name of Alien)         (Date of Service)

notice were read to him or her in the __SPANISH__ language.
(Language)

LEIGHTON MUDEL
Special Agent
_____          _____
Name and Signature of Officer        Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)